# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DEMETRIUS T. ROGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-121-R |
| | ) | |
| **OKLAHOMA BAR ASSOCIATION** | ) | |
| **and GINA HENDRYX, General** | ) | |
| **Counsel of the OKLAHOMA BAR** | ) | |
| **ASSOCIATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Suzanne Mitchell entered April 23, 2013. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's claim against Defendants OBA and Hendryx arising from their resolution of Plaintiff's grievance against his lawyer is DISMISSED without prejudice for lack of jurisdiction and Plaintiff's claim for conspiracy against Defendant Hendryx individually is DISMISSED without prejudice as frivolous.

IT IS ORDERED this 14th day of May, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE